# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMART VENT PRODUCTS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> AAA LOUVERS AND MILLWORK, INC., <br><br> Defendant. <br> AAA LOUVERS, INC., <br><br> Counterclaim Plaintiff, <br><br> -against- <br><br> SMART VENT PRODUCTS, INC., <br><br> Counterclaim Defendant. | Civil Action No.: <br> 1:13-cv-03643 <br><br> Hon. Jerome B. Simandle <br><br> Hon. Karen M. Williams <br><br><br><br> **JOINT [PROPOSED]** <br> **DISCOVERY PLAN** |

Defendant/Counterclaim Plaintiff AAA LOUVERS, INC., ("AAA Louvers"), and Plaintiff/Counterclaim Defendant Smart Vent Products, Inc. ("Smart Vent"), by and through their attorneys and at Smart Vent's request, have met and conferred in good-faith and hereby submit the following Joint [Proposed] Discovery Plan.

In accordance with L. Civ. R. 9.3 ("Local Patent Rules"), the parties submit the following proposed joint discovery plan with respect to the patent claims:

| | |
|---|---|
| **By August 28, 2014:** | Pursuant to L. Pat. R. 4.2(c), Parties to exchange applicable identifications. |
| **By September 16, 2014:** | Pursuant to L. Pat. R. 4.3, Parties shall complete and file a "Joint Claim Construction and Prehearing Statement." |
| **By October 9, 2014:** | Completion of discovery pursuant to L. Pat. R. 4.4 |

**By October 28, 2014:**   Pursuant to L. Pat. R. 4.5(a), opening *Markman* submissions must be filed and served.

**By December 5, 2014:**   Pursuant to L. Pat. R. 4.5(b), discovery from expert witnesses who submitted a certification or declaration with the "Opening *Markman* Submission" shall be concluded.

**By January 8, 2015:**   Pursuant to L. Pat. R. 4.5(c), responses to "Opening *Markman* Submissions" must be filed and served.

**By January 22, 2015:**   Pursuant to L. Pat. R. 4.6, deadline for meet and confer as to whether a claim construction hearing is necessary.

The parties submit the following proposed joint discovery plan with respect to amending pleadings and adding parties for all claims, and, with respect to non- patent claims, the following additional deadlines:

(1) Service of initial written discovery: **on or before March 10, 2014** (for non-patent claims).

(2) Maximum of **25** Interrogatories by each party to each other party.

(3) Maximum of **10** depositions to be taken by each party.

(4) Motions to amend or to add parties to be filed by: **on or before September 26, 2014** (for all claims).

(5) Factual discovery to be completed by: **on or before December 2, 2014** (for non-patent claims).

(6) Plaintiff's expert report due: **on or before January 15, 2015** (for non-patent claims).

(7) Defendant's expert report due: **on or before February 12, 2015** (for non-patent claims).

(8) Expert depositions to be completed: **on or before April 9, 2015** (for non-patent claims).

(9) Dispositive motions to be filed: **on or before May 28, 2015** (for non-patent claims).

| | |
|---|---|
| Dated: July 29, 2014 | Dated: July 29, 2014 |
| /　Emmett Collazo/ | /　Michael C. Cannata/ |
| Anthony J. DiMarino III | Stephen J. Smirti, Jr. |
| Emmett Collazo | Michael C. Cannata |
| A.J. DiMarino, P.C. | RIVKIN RADLER LLP |
| 57 Euclid Street, Suite A | 926 RXR Plaza |
| Woodbury, New Jersey 08096 | Uniondale, New York 11556 |
| Phone: (856) 853-0055 | Phone: (516) 357-3000 |
| Fax: (856) 853-2866 | Fax: (516) 357-3333 |
| *Attorneys for Smart Vent* | *Attorneys for AAA Louvers* |

**So Ordered:** _____
　　　　　　　　Hon. Karen M. Williams